IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PATRIOT NATIONAL, INC. *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10585 (KG) <br><br> (Jointly Administered) |
| CORPORATE CLAIMS MANAGEMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE SHAIPER AND BRENTWOOD SERVICE ADMINISTRATORS, INC. <br><br> Defendant. | Adv. Proc. No. 18-50307 (KG) <br><br><br> Re: Adv. D.I. No. 5 and _13_ |

ORDER GRANTING **/ IN PART** MOTION OF BRENTWOOD SERVICE ADMINISTRATORS, INC., TO EXTEND RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT

Upon the Motion (the "Motion")[2] of Brentwood to Extend Response Deadline to First Amended Complaint, it appearing that cause exists for granting the relief requested in the Motion, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters is located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

[2] Capitalized terms used herein, but not defined herein, shall have the meanings ascribed such terms in the Motion.

1. Defendant Brentwood is hereby granted an extension of the deadline by which it must answer ~~or otherwise plead respecting~~ /kg/ the Amended Complaint through and including May ~~14~~ 7 /kg/, 2018. The Motion is denied with respect /kg/ to any response other than an answer. /kg/

2. The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 30, 2018

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

2

WBD (US) 42595290v2