**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC. *et al.*, | Case No. 15-10585 (KG) |
| Debtors. | (Jointly Administered) |
| CORPORATE CLAIMS MANAGEMENT, INC. | |
| Plaintiff, | Adv. Proc. No. 18-50307 (KG) |
| v. | **Re: D.I. Nos. 8 and 13** |
| MICHELLE SHAIPER AND BRENTWOOD SERVICE ADMINISTRATORS, INC. | |
| Defendant. | |

**NOTICE OF COMPLETION OF BRIEFING REGARDING
DEFENDANT MICHELLE SHAIPER'S MOTION TO EXTEND RESPONSE
DEADLINE TO FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT the briefing concerning the Motion to Extend Response Deadline to First Amended Complaint [Adv. Docket No. 8] (the "Motion") filed by Defendant Michelle Shaiper ("Shaiper") is now complete and ready for disposition by the Court. Pleadings relevant to the Motion are as follows:

1. Defendant Michelle Shaiper's Motion to Extend Response Deadline to First Amended Complaint [Adv. Docket No. 8]; and

2. Plaintiff's Objection to Defendants' Motions to Extend Response Deadline to First Amended Complaint [Adv. Docket No. 13].

Shaiper will submit a binder to the Court with a copy of these filings.

Dated: May 1, 2018 **O'KELLY ERNST & JOYCE, LLC**

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
901 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 778-4000
Facsimile: (302) 295-2873
Email: mjoyce@olegal.com

*Counsel to Michelle Shaiper*