IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PATRIOT NATIONAL, INC. *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10585 (KG) <br><br> (Jointly Administered) |
| CORPORATE CLAIMS MANAGEMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE SHAIPER AND BRENTWOOD SERVICE ADMINISTRATORS, INC. <br><br> Defendant. | Adv. Proc. No. 18-50307 (KG) <br><br><br> Re: Adv. D.I. No. 8 |

## ORDER GRANTING *IN PART* MOTION TO EXTEND *IN PART* RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT

Upon consideration of the Motion to Extend Response Deadline to First Amended Complaint (the "Motion") filed by defendant Michelle Shaipier ("Ms. Shaiper") and it appearing that due and adequate notice of the Motion has been given; and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted *in part*, and it is further

ORDERED, that the deadline by which Ms. Shaiper must *answer* ~~respond to~~ the First Amended Complaint is extended up to and through May ~~14~~ 7, 2018; and it is further *that the Motion is denied with respect to any response other than an answer*,

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this order.

Dated: May 1, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge