# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL INC.,** *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| **CORPORATE CLAIMS MANAGEMENT, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MICHELLE SHAIPER AND BRENTWOOD SERVICES ADMINISTRATORS, INC.,** <br><br> **Defendants.** | Adv. Proc. No. 18-50307 (KG) |

## CERTIFICATION OF COUNSEL SUBMITTING AGREED PROPOSED SCHEDULING ORDER

The undersigned counsel hereby certifies that:

1. Pursuant to Rule 7016-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the Debtors respectfully submit the proposed scheduling order (the "Proposed Scheduling Order") attached hereto as Exhibit A.

2. Counsel for the Defendants in the above-captioned Adversary Proceeding have indicated that the Proposed Scheduling Order is acceptable to the Defendants.

3. Accordingly, the Debtors respectfully request that the Court enter the Proposed Scheduling Order at the Court's earliest convenience.

1

Dated: May 11, 2018  
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       pkeane@pszjlaw.com

-and-

Kathryn A. Coleman
Christopher Gartman
Erin E. Diers
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
       chris.gartman@hugheshubbard.com
       erin.diers@hugheshubbard.com

*Counsel for the Debtors*